IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| William Mitral Freeman, ) | Case No. 10-14253 WV |
| Angela Dawn Freeman, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## PAYMENT OF DIVIDENDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all dividend checks have been issued and mailed to creditors at their last known addresses.

The claim distributions listed on the report entitled *Dividends Remitted To The Court* attached as "Exhibit A" have not mailed for the reason that the dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $4.93, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

                                              */s/ G. David Bryant,* Trustee
G. David Bryant, Trustee
PHILLIPS MURRAH, P.C.
720 NE 63rd Street
Oklahoma City OK 73105
(405) 848-4448
(405) 842-4539- fax
gdbryant@phillipsmurrah.com

Date: 06/03/11                    DIVIDENDS REMITTED TO THE COURT                    Page:

Case Number 10-14253 - FREEMAN, WILLIAM MITRAL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| OU Physicians<br>PO Box 269026<br>Oklahoma City OK 73126-9026<br>   #5280 | 000008 | 111.80 | 4.93 |
| ---------- Remittance Total --------------- | | 111.80 | 4.93 |

_____
G. DAVID BRYANT, TRUSTEE

**EXHIBIT A**